**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

GABRIEL DIONISIO, on behalf of himself all others similarly situated,

                Plaintiffs,

        vs.

ARS NATIONAL SERVICES INC., and JOHN DOES 1-25,

                Defendants.

NO. 2:18-cv-01764-JMV-SCM

**NOTICE OF SETTLEMENT**

      Please be advised that the above-captioned matter has been settled and a Stipulation of Dismissal will be filed shortly.

                                          */s/ Benjamin J. Wolf*
                                          Benjamin J. Wolf, Esq.
                                          Jones, Wolf & Kapasi, LLC
                                          One Grand Central Place
                                          60 East 42nd Street, 46th Floor
                                          New York, New York 10165
                                          (646) 459 7971 telephone
                                          (646) 459 7973 facsimile
                                          bwolf@legaljones.com
                                          *Attorneys for Plaintiff*

Dated: March 19, 2020